**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | |
|---|---|
| BECKY A. WEAVER, and RODNEY WEAVER, individually and on behalf of all others similarly situated,<br><br>                                  Plaintiffs,<br>v.<br><br>AEGON USA, LLC, f/k/a AEGON USA INC.; and TRANSAMERICA LIFE INSURANCE COMPANY, f/k/a LIFE INVESTORS INSURANCE COMPANY OF AMERICA, f/k/a EQUITY NATIONAL LIFE INSURANCE COMPANY<br><br>                                  Defendants. | Case No. 4:14-cv-03436-RBH<br><br>**CONSENT ORDER TO SUBSTITUTE CORRECTED FILING (ECF #29)** |

      Notice is hereby given that, subject to the approval by the court, Plaintiffs in the above action substitute the attached proposed ECF 29, 29-1, 29-5, and 29-9, to correct exhibit numbers that had been referenced in the body of Plaintiffs' previously filed brief (ECF 29), and to include missing deposition transcript pages that had been reference in the brief, but not previously attached. Based on Plaintiffs' representation that the substituted brief (ECF 29) corrects only exhibit numbers and includes no new argument or other substantive changes, Defendants consent to the substitution of filings.

June 30, 2015

We Consent to the above substitution:

/s/ Susan F. Campbell_____
Susan F. Campbell (9002)
MCGOWAN, HOOD & FELDER, LLC
304 Church Street
Georgetown, South Carolina 29240
(843) 833-8082
(843) 833-8092- facsimile
scampbell@mcgowanhood.com


*ATTORNEYS FOR PLAINTIFF*

  /s/  Michael S. Cashman_____
Brent O.E. Clinkscale, Esq.
Michael S. Cashman, Esq.
Womble Carlyle Sandridge & Rice, PLLC
550 S. Main Street, Suite 400 (29601)
P.O. Box 10208
Greenville, SC 29603
(864) 239-5950
(864) 255-5440 - facsimile
BClinkscale@wcsr.com
MCashman@wcsr.com
ATTORNEYS FOR DEFENDANTS

Patrick E. Knie, Esq. (#2370)
Knie Law Firm
P.O. Box 5159
Spartanburg, SC 29304-5159
(864) 582-5118
(864) 585-1615 - facsimile
pknie@knielaw.com

Tony Gould
Brown and Gould
136 NW 10th Street
Suite 200
Oklahoma City, OK 73103
(405) 235-4500
tgould@browngouldlaw.com
*ADMITTED PRO HAC VICE*
*ATTORNEYS FOR PLAINTIFF*


THE COURT FINDS that the substitution is hereby approved and so ORDERED.


                                        s/R. Bryan Harwell
                                        R. Bryan Harwell
                                        United States District Court Judge

July 9, 2015

Florence, South Carolina